IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. WMN-90-0454 |
| CARLOS EDWIN MCGILL | * | |

*******

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, __Carlos Edwin McGill__. I certify that: [check and complete one that applies]

__X__ I am admitted to practice in this Court, and my bar number is _____.

____ I am a member in good standing of the bar of the highest court of _____ and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

__April 16, 2008__
Date

_Arthur M. Reynolds, Jr._ (signature)
Signature of Counsel

_Arthur M. Reynolds, Jr._
Print Name

_____
Firm Name

(301) 277-0895 / (202) 487-9751
Phone No.

_6811 Kenilworth Avenue #210_
Address

(301) 209-0458
Fax No.

_Riverdale, Md. 20737_
City/State/Zip

_____
Email Address

** **NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 10 days of the defendant's initial appearance in this Court.

U.S. District Court (3/2008) Criminal Magistrate Forms: Counsel 501