IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

   vs.                                      *    Case No.   WMN-90-0454

CARLOS EDWIN MCGILL                 *

*******

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, **Carlos Edwin McGill**. I certify that: [check and complete one that applies]

__X__ I am admitted to practice in this Court, and my bar number is _____.

____ I am a member in good standing of the bar of the highest court of _____

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

__April 16, 2008__   _Arthur M. Reynolds, Jr._
Date                 Signature of Counsel

           _Arthur M. Reynolds, Jr._
           Print Name

_____   _(301) 277-0895 / (202) 487-9751_
Firm Name                Phone No.

_6811 Kenilworth Avenue #210_   _(301) 209-0458_
Address                         Fax No.

_Riverdale, Md. 20737_          _____
City/State/Zip                  Email Address

** **NOTE**: Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 10 days of the defendant's initial appearance in this Court.